

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2014

No. 04-14-00047-CR

**IN RE** Michael **MCCRUM**

Original Mandamus Proceeding[1]

### ORDER

On January 17, 2014, relator Michael McCrum filed a petition for a writ of mandamus and writ of prohibition. The court has considered relator's petition, the responses and reply of the parties, and has determined that relator is entitled to the mandamus relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Dick Alcala is ORDERED to vacate the January 7, 2014 Order to Show Cause. The writ will issue only if we are notified that Judge Alcala has not done as directed within ten days from the date of this order.

It is so **ORDERED** on February 26, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2014.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2011CR11074; 2011CR11075, styled *The State of Texas v. Taylor Rosenbusch*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Dick Alcala presiding.